UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER CROWHURST,

               Plaintiff,

- against -

DENISE SZCZUCKI, et al.,

               Defendants.

16 Civ. 182 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons explained at the hearing today, the plaintiff's claims against the Fannie Rebecca Stein Special Needs Trust are severed from the plaintiff's other claims. Pursuant to Federal Rule of Civil Procedure 54(b), the Clerk of Court is directed to enter judgment in favor of the plaintiff and against the Fannie Rebecca Stein Special Needs Trust in the amount of $19,160. The judgment shall include pre-judgment interest on $10,580 of the total judgment in the amount of 9 percent per annum from November 22, 2015 to the date judgment is entered. The plaintiff may make an application for costs and attorneys' fees pursuant to Federal Rule of Civil Procedure 54(d). The Clerk of Court is directed to close docket numbers 239, 240, and 282.

    The Hampton Inn defendants' motion to bifurcate the trial on liability from the trial on damages is **denied**. The Hampton Inn defendants' motion for judgment as a matter of law pursuant

to Federal Rule of Civil Procedure 50(a)(2) is **denied without prejudice**. The plaintiff's motion for sanctions for alleged spoliation is **denied**. The Clerk of Court is directed to close docket number 277.

The parties shall exchange proposed trial exhibits by June 10, 2019. The parties shall file any objections to the proposed trial exhibits by June 12, 2019. Responses to objections should be filed by June 14, 2019. The parties shall submit a joint exhibit list to the Court by June 18, 2019.

The parties shall be prepared for trial on 48-hour notice starting July 18, 2019. Each side will be allotted eight hours for testimony. The parties shall advise the Court of any scheduling conflicts by June 14, 2019.

**SO ORDERED.**

Dated:   **New York, New York**
         **June 3, 2019**

                                          _____
                                          John G. Koeltl
                                          United States District Judge