UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER CROWHURST,

    Plaintiff,                                     Civil Action No. 16-cv-00182

vs.                                              HON. BERNARD A. FRIEDMAN

DR. DENISE SZCZUCKI, et al.,

    Defendants.
_____/

## **NOTICE OF SETTLEMENT CONFERENCE**

On December 10, 2019, the Court held a telephonic status conference in this matter. Based on its conversation with counsel during that conference, the Court believes that it would be productive for it to conduct a settlement conference. Therefore, the Court hereby gives notice that an in-person settlement conference is set before United States District Judge Bernard A. Friedman on January 17, 2020, at 9:00 a.m. The conference will be held at the Daniel Patrick Moynihan United States Courthouse, which is located at 500 Pearl Street, New York, NY 10007-1312. The parties may inquire as to the room number with the clerk's office for the Southern District of New York.

<u>Counsel must bring their clients with them to this conference</u>. If the client is a corporation, counsel is expected to bring the corporation's president, CEO, or vice-president for finance; in-house counsel may attend, but must be accompanied by one of these other, non-lawyer representatives. If a client has insurance coverage, counsel is expected to bring a claims representative who has <u>full authority</u> to settle the claim in the <u>full amount</u> of plaintiff's demand. THESE CLIENT REPRESENTATIVES MUST PERSONALLY ATTEND THE SETTLEMENT CONFERENCE; IT IS NOT SUFFICIENT THAT THEY BE "AVAILABLE BY TELEPHONE." Failure to comply strictly with this requirement will result in the imposition

of appropriate sanctions, including dismissal of the complaint, entry of a default judgment, and requiring the disobedient party to pay all of the costs incurred by the other parties and by the Court in attending the conference and/or in reconvening the conference at a later date.

Each party is to submit a five-page summary of the case to Judge Friedman no later than Friday, January 10, 2020, via email to Stephen_Thoburn@mied.uscourts.gov and Eva_Foti@mied.uscourts.gov. It should not be filed on the docket. In this document, counsel is to provide a concise summary of the case, including any relevant background information, procedural history, a summary of the claims and defenses, and a summary of any particularly important evidence. In addition, counsel is to provide a candid statement of their client's position regarding settlement, including any outstanding offers and demands, and the terms their client would accept to settle the case. The Court will keep the summary strictly confidential. Its sole purpose is to assist Judge Friedman in understanding the case and working effectively in mediating a settlement.

Should this case be resolved prior to the conference, the Court expects the parties to immediately inform the Court by contacting Judge Friedman's chambers at (313) 234-5170. If the case is not resolved prior to or at the conference, the Court will work with counsel to set a trial date.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION

Dated: December 13, 2019
       Detroit, Michigan