UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER CROWHURST,

    Plaintiff,

vs.

DR. DENISE SZCZUCKI, et al.,

    Defendants.
_____/

Civil Action No. 16-CV-182

HON. BERNARD A. FRIEDMAN

## **ORDER GRANTING PLAINTIFF'S MOTION TO POSTPONE SETTLEMENT CONFERENCE TO JANUARY 17, 2020 AT 10:30 AM**

    Plaintiff has filed a letter motion [docket entry 327] requesting that the settlement conference scheduled in this matter for Friday, January 17, 2020, at 9:00 a.m. be postponed to the same date at 10:30 a.m. For cause shown, and with defendants' consent, the motion is granted. The settlement conference will begin at 10:30 a.m.

    SO ORDERED.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION

Dated: January 7, 2020
       Detroit, Michigan