UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER CROWHURST,

    Plaintiff,

vs.

DR. DENISE SZCZUCKI, et al.,

    Defendants.
_____/

Civil Action No. 16-CV-00182

HON. BERNARD A. FRIEDMAN

## **ORDER OF DISMISSAL**

On May 5, 2021, the parties in this matter appeared before the Court and put their settlement agreement on the record, the terms of which are hereby incorporated into this order. Accordingly,

IT IS ORDERED that the complaint is dismissed with prejudice and without costs or attorney fees. The Court retains jurisdiction for a period of sixty days from the date of this order to enforce all terms of the parties' settlement agreement.

                                          _s/Bernard A. Friedman_____
                                          BERNARD A. FRIEDMAN
                                          SENIOR UNITED STATES DISTRICT JUDGE
                                          SITTING BY SPECIAL DESIGNATION

Dated: May 5, 2021
      Detroit, Michigan